## STATE OF CONNECTICUT *v.* CHARLES BATTS
### (8289)

BORDEN, DALY and LAVERY, Js.

Argued February 8—decision released February 23, 1990

*Donald D. Dakers,* public defender, for the appellant (defendant).

*Leon F. Dalbec, Jr.,* deputy assistant state's attorney, with whom, on the brief, were *Michael Dearington,* state's attorney, and *Michael Pepper,* assistant state's attorney, for the appellee (state).

PER CURIAM. There is no error.